

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00018-CV

**IN RE** Rafael Alejandro Olvera Silva n/k/a Rafael **HARLOW**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: February 10, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus. For writs of mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the mandamus petition and record, we conclude relator has not satisfied this burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-24609, styled *M.F.O.S., Individually v. Rafael Alejandro Olvera Silva n/k/a Rafael Harlow*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.